**Vick GEORGE**

v.

**ALABAMA DEP'T OF CORR.**

**CR-13-1816**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**William Herbert VILLAR**

v.

**STATE**

**CR-13-1817**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**EX PARTE Joe Daniel HOLT, Jr.**

**CR-13-1823**

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Ct. of Civ. App.

**Samuel Jerel HENDRICKS**

v.

**STATE**

**CR-13-1831**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**David Lee LONG**

v.

**STATE**

**CR-13-1833**

Court of Criminal Appeals of Alabama,

01/30/2015

Reh. denied